

**MANDATE**

S.D.N.Y.-N.Y.C.
08-cr-1109
Rakoff, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand thirteen.

Present:
  Ralph K. Winter,
  Guido Calabresi,
  Gerard E. Lynch,
   *Circuit Judges.*

United States of America,

   *Appellee*,

  v.               12-2116 (L); ONLY
                  12-2193 (con);
                  12-2196 (con)

John B. Ohle, III,

   *Defendant-Appellant,*

Patricia Dalton Ohle, *et al.,*

   *Movants-Appellants*,

William E. Bradley,

   *Defendant*.

The Government moves to dismiss Appellant John B. Ohle's appeal from a final order of forfeiture for lack of standing. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal docketed under 12-2193 is DISMISSED. Because Appellant's interest in the

SAO-RH

**MANDATE ISSUED ON 06/04/2013**

forfeited property terminated with the affirmance of his sentence, the final order of forfeiture affected only the interests of third-party claimants to the property, he was not injured by that order and lacks standing to appeal. *See*, *e.g.*, *United States v. De Los Santos*, 260 F.3d 446, 448 (5th Cir. 2001). It is further ORDERED that, because Ohle raises no arguments related to the district court's denial of his Federal Rule of Civil Procedure 60(b) motions in his appellate brief, the appeal docketed under 12-2116 is DISMISSED. *See LoSacco v. City of Middletown*, 71 F.3d 88, 92-93 (2d Cir. 1995) (finding *pro se* litigant abandoned issue by failing to raise it in his appellate brief). Finally, it is further ORDERED that the three appeals are unconsolidated and the appeal docketed under 12-2196 shall proceed in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2